AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARREL HORRY,

        Plaintiff,

v.

ROSLYN NORMAN,,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 125-175

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 25, 2025 overruling Plaintiff's objections and adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this action is dismissed without prejudice.   This case stands closed.

9/25/2025
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020